IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT JOHN KOELLMER,
Petitioner,
vs.
DISTRICT COURT OF NEVADA,
Respondent.

No. 81317

FILED

AUG 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This petition was docketed on June 15, 2020, without payment of the requisite filing fee. *See* NRAP 21(g). That same day, this court issued a notice directing petitioner to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this petition. On June 29, 2020, petitioner filed a document regarding the filing fee. On July 1, 2020, this court entered an order directing petitioner to pay the filing fee or demonstrate his inability to pay the filing fee within 30 days and cautioning failure to comply with the order would result in dismissal of this petition.

On July 21, 2020, petitioner filed a "Notice of Demand to Vacate Invalid Ruling Coram Non Judice." The notice was construed as a motion for reconsideration of the July 1, 2020, order, *see* NRAP 27(c)(3)(A), and the motion was denied. To date, petitioner has not complied with the July 1, 2020, order. Accordingly, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

20-30869

cc:     Robert John Koellmer
             Attorney General/Carson City

